**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LORI NALL, an individual, and ) <br> HUNTER NALL, a minor, by and through ) <br> his next friend and mother, LORI NALL, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> JOHN F. TERRY, as the alter ego and ) <br> Sole member/shareholder of the Limited ) <br> Liability Corporation known as John ) <br> Terry Trucking, L.L.C., JOHN TERRY ) <br> TRUCKING, L.L.C., and RICK L. ) <br> LAMB, ) <br> ) <br> **Defendants.** ) | Case No. 06-CV-4057-JPG |

## JUDGMENT

In accordance with the Order entered this day, this action is dismissed with prejudice.

                                        **NORBERT G. JAWORSKI, CLERK OF COURT**

**February 28, 2007.**                    **By:** *s/Deborah Agans, Deputy Clerk*

**Approved:** *s/ J. Phil Gilbert*         EOD: 2/28/07
            *Judge*